### FLOYD RAY v. THE STATE.

#### No. 6293. Decided May 25, 1921.

**Rape—Transcript—Practice on Appeal.**

Where the transcript is not certified by the clerk, the bills of exception are not approved by the judge and the statement of facts is neither signed by the attorneys nor the judge, the appeal must be dismissed.

Appeal from the District Court of Wichita. Tried below before the Honorable H. F. Weldon.

Appeal from a conviction of rape; penalty, death.

The opinion states the case.

No brief on file for appellant.

*R. H. Hamilton,* Assistant Attorney General, for the State.

HAWKINS, JUDGE.—Appellant was convicted for the offense of rape, and his punishment assessed at death.

The record reaches this court in a most peculiar condition. The transcript is not certified to by the clerk; the only two bills of exception shown in the record are not approved by the judge, and the statement of facts is neither signed by the attorneys nor the judge.

While it is unsatisfactory to the court to dispose of a case of this magnitude without an opportunity of passing upon the merits of the case, yet, there is nothing to be done in this case except order a dismissal of the appeal for a failure to comply with the law, and it is so ordered. Art. 929, C. C. P. 1911; Art. 2114, R. S. 1911.

*Dismissed.*